IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPHINE MARTINEZ,
obo A.V.G., a minor,
    Plaintiff,

vs.                                        CIV NO. 1:19-00247-JAP-KRS

ANDREW SAUL,
Commissioner of Social Security,
    Defendant.

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 25) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 24), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until February 4, 2020, to file a response, and Plaintiff shall have until February 18, 2020, to file a reply.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge