IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPHINE MARTINEZ,
on behalf of A.V.G., a minor,

       Plaintiff,

vs.                                     No. 1:19-CV-00247-JAP-KRS

ANDREW SAUL, Commissioner of
the Social Security Administration,

       Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On November 4, 2019, Plaintiff filed a MOTION TO REVERSE AND REMAND FOR PAYMENT OF BENEFITS, OR IN THE ALTERNATIVE, FOR REHEARING, WITH SUPPORTING MEMORANDUM (Doc. 24). On September 23, 2020, Magistrate Judge Kevin R. Sweazea entered PROPOSED FINDINGS AND RECOMMENDED DISPOSITION ("PFRD") (Doc. 32).[1] As detailed in the PFRD, Judge Sweazea recommended that the Court grant Plaintiff's Motion, and he notified the parties of their right to file written objections pursuant to 28 U.S.C. § 636(b)(1)(C). Neither party objected to the PFRD and the deadline for doing so expired on October 7, 2020. Having reviewed the record, the Court determines that it will adopt the PFRD in its entirety and grant Plaintiff's Motion.

**IT IS ORDERED** that the Magistrate Judge's Proposed Findings of Fact and Recommended Disposition (Doc. 32) is ADOPTED.

---

[1] In accordance with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Kevin R. Sweazea. *See* Doc. 6.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse and Remand for a Rehearing (Doc. 24) is GRANTED and this case is remanded to the Social Security Administration for action in accordance with this Order and the Proposed Findings and Recommendation.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**